IN THE DISTRICT COURT OF APPEAL
                                        FIRST DISTRICT, STATE OF FLORIDA

RENEE DESIREE MCCARTNEY,                 NOT FINAL UNTIL TIME EXPIRES TO
                                         FILE MOTION FOR REHEARING AND
        Appellant,                       DISPOSITION THEREOF IF FILED

v.                                       CASE NO. 1D14-5883

STATE OF FLORIDA,

        Appellee.
_____/

Opinion filed June 23, 2016.

An appeal from an order of the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

Nancy A. Daniels, Public Defender, and Archie F. Gardner, Jr., Assistant Public
Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.